SUTTON, Appellant, vs. CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RAILWAY COMPANY, Respondent.

*February 27 — March 20, 1900.*

*Appeal: Insufficient return: Dismissal.*

An appeal from a judgment will be dismissed unless a judgment roll satisfying the requirements of sec. 2898, Stats. 1898, has been transmitted to this court as required by sec. 3050.

APPEAL from a judgment of the circuit court for Monroe county: O. B. WYMAN, Circuit Judge. *Appeal dismissed.*

An order was entered dismissing the action and for judgment in defendant's favor for costs, because plaintiff, after the reversal, on appeal to this court, of a judgment rendered in his favor, failed to bring the cause again to trial in the circuit court within one year. Judgment was entered accordingly, from which this appeal was taken.

The cause was submitted for the appellant on the brief of *J. J. Sutton, in pro. per.*, and for the respondent on a brief by *H. L. Humphrey* and *T. A. Polleys*, attorneys, and *Thomas Wilson*, of counsel.

MARSHALL, J. The papers sent to this court by the clerk of the circuit court consist of some affidavits, the order for judgment, and some other papers. The clerk's certificate is to the effect that the papers transmitted are all the papers on file in his office. The return does not contain the pleadings, or anything satisfying the requirements of sec. 2898, Stats. 1898, as to the contents of a judgment roll, or a bill of exceptions, or a certificate showing what papers were used on the motion to dismiss. Respondent's counsel called the court's attention to the insufficiency of the return and asked that the appeal be dismissed because of such insufficiency.

Sec. 3050 requires the judgment roll to be transmitted to this court as a part of the return on appeal from a judgment. The court has often held that, without a return in substantial compliance with the statute, the appeal cannot be entertained. *Superior C. L. Co. v. Superior,* 104 Wis. 463, and cases cited.

*By the Court.*— The appeal is dismissed.